GOLUB, Respondent, v. LANDY, Appellant. (Supreme Court, Appellate Division, Third De-

partment. January 21, 1914.) Action by Lewis Golub against George I. Landy.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents.